# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID STRICK, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC d/b/a LATIMES.COM; and TRIBUNE COMPANY, a Delaware Corporation,<br><br>        Defendants. | Case No. CV 11-4043-CBM (Ex)<br><br>**JUDGMENT** – JS6<br><br>*Judge: Hon. Consuelo B. Marshall* |

    The Court has granted the Motion To Confirm Arbitration Award and Enter Judgment brought by defendants Los Angeles Times Communications LLC and Tribune Company (collectively, "Defendants").

//
//
//
//
//

JUDGMENT

Now therefore, **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants and against Plaintiff in the amount of $268,497.93.

Dated: January 14, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge

JUDGMENT –CV 11-4043-CBM    1